UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BLAKE McRAE McILWAIN AND                                              PLAINTIFFS
SANDRA K. McILWAIN

V.                                              CIVIL ACTION NO. 1:06cv577-LTS-RHW

UNITED SERVICES AUTOMOBILE ASSOCIATES                                 DEFENDANT
DOING BUSINESS AS USAA

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs have filed a [16] Motion for Leave to Voluntarily Dismiss Claim Without Prejudice.  Defendant, through counsel, advises the Court that it has no objections to this request.

Accordingly, **IT IS ORDERED**:

Plaintiffs' [16] Motion to Voluntarily Dismiss Claim Without Prejudice is **GRANTED**;

This cause of action is hereby **DISMISSED, WITHOUT PREJUDICE**, with each party to bear their own costs.

**SO ORDERED** this the 31st day of October, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge